

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 2, 2020

VIA ECF
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/2/2020___

Re:     *Huang, et al. v. Cuccinelli, et al.*, No. 20 Civ. 406 (VEC)

Dear Judge Caproni:

This Office represents the government in this action in which plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Refugee/Asylee Relative Petition (Form I-730) and Applications to Register Permanent Residence or Adjust Status (Form I-485). On behalf of the government, I write respectfully to request that the initial conference presently scheduled for April 17, 2020 be adjourned to a date at least one week after May 15, 2020.

By way of background, this Office was served with a copy of the complaint on March 16, 2020. Thus the government's response to the complaint is due May 15, 2020. *See* Fed. R. Civ. P. 12(a)(2). The adjournment is respectfully requested in light of this May 15 response date, which will allow the government time to investigate the facts and circumstances of the case and formulate its position in this litigation. The government thus respectfully submits that the requested adjournment is in the interests of judicial efficiency and conservation of resources. This is the government's first request to adjourn the initial conference. Plaintiffs' counsel consents to this request.

I thank the Court for its consideration of this letter.

Application GRANTED.

The IPTC scheduled for April 17, 2020, is adjourned to **May 22, 2020, at 10:00 a.m.**

SO ORDERED.

*Valerie Caproni*
4/2/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   _s/ Simon Nakajima_____
       SIMON NAKAJIMA
       Special Assistant United States Attorney
       Telephone: (212) 637-2770
       Facsimile: (212) 637-2786
       E-mail: simon.nakajima@usdoj.gov

cc:  Counsel of record (via ECF)